KATHERINE SADRAKULA, as Administratrix of the Estate of NICHOLAS SADRAKULA, Deceased, Respondent, *v.* JAMES STEWART & CO., INC., Appellant.

Submitted November 21, 1938; decided November 29, 1938.

*Clarence E. Mellen, Glenn C. Beechler* and *Frederick Mellor* for motion.

*Leo Fixler* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal has been properly taken as of right.

OLIVER C. WAGSTAFF et al., Appellants, *v.* HOLLY SUGAR CORPORATION et al., Respondents.

Submitted November 21, 1938; decided November 29, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 625.)